# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

ZONNA A. CARROLL,                 )
                                  )
              Plaintiff,          )
                                  )        NO.  CV-11-445-LRS
    vs.                           )
                                  )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                )        **CIVIL CASE**
Commissioner of Social Security,  )
                                  )
              Defendant.          )
                                  )
_____  )

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 14th day of December, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


by: _____s/Cora Vargas_____
     Cora Vargas, Deputy Clerk

cc: all counsel